**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-10348  
**Case Name:** Montford Hall, Inc.  
**For Period Ending:** 06/30/2022

**Trustee Name:** (530490) Robert A. Mays  
**Date Filed (f) or Converted (c):** 12/30/2020 (f)  
**§ 341(a) Meeting Date:** 02/11/2021  
**Claims Bar Date:** 04/19/2021

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Business checking Account at BB&T Checking Account - Closed, xxxxxx2992 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2* | A/R 90 days old or less. Face amount = $43,438.10. (See Footnote) | 43,438.10 | 43,438.10 | | 22,000.00 | FA | 0.00 | 0.00 |
| 3 | Transfer of Office furniture and fixtures - (transferred to Monarch, Inc.). | 37,629.69 | 37,629.69 | | 1,574.18 | FA | 0.00 | 0.00 |
| 4 | Computer Equipment and software. | 12,540.93 | 12,540.93 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Computer equipment. | 3,282.59 | 3,282.59 | | 0.00 | FA | 0.00 | 0.00 |
| 6* | 2016 Kia Sedona Mini Van- NADA clean trade-in; VIN KNDMB135C11G6148335. (See Footnote) | 12,050.00 | 2,019.84 | | 2,019.84 | FA | 10,880.16 | 0.00 |
| 7 | 2016 Ford Transit Wagon - NADA Clean Trade-In. | 16,650.00 | 2,725.76 | | 15,750.00 | FA | 13,924.24 | 0.00 |
| 8 | 2016 Kia Sorento - NADA Clean trade-in. | 15,800.00 | 6,014.53 | | 0.00 | FA | 9,785.47 | 0.00 |
| 9 | 2015 Ford Transit - NADA Clean Trade-In. Repossessed by TD Bank | 14,475.00 | 3,516.50 | | 0.00 | FA | 10,958.50 | 0.00 |
| 10 | 2016 Kia Sedona, Valuation Method: NADA Clean Trade | 12,050.00 | 12,050.00 | | 11,070.00 | FA | 0.00 | 0.00 |
| 11 | Insurance claim for business interruption, business interruption. Amount Requested: $3,000,000.00 | 3,000,000.00 | 3,000,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Kitchen equipment | 7,546.80 | 7,546.80 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Reimbursement of Insurance Premium (u) | 0.00 | 0.00 | | 2,734.30 | FA | 0.00 | 0.00 |
| 14 | Ally Bank vehicle credit (u) Overpayment refund on 2016 Ford Transit (loan #9562) and 2016 Kia Sorento (loan #4907) | Unknown | Unknown | | 1,962.26 | FA | 0.00 | 0.00 |
| 15 | Tuition Receivable (u) | Unknown | 20,000.00 | | 0.00 | 20,000.00 | 0.00 | 0.00 |
| **15** | **Assets Totals (Excluding unknown values)** | **$3,175,463.11** | **$3,150,764.74** | | **$57,110.58** | **$20,000.00** | **$45,548.37** | **$0.00** |

RE PROP# 2   Order allowing settlement with Monarch entered 6/6/22

RE PROP# 6   Surplus proceeds from bank sale of vehicle

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 20-10348  
**Case Name:** Montford Hall, Inc.

**For Period Ending:** 06/30/2022

**Trustee Name:** (530490) Robert A. Mays  
**Date Filed (f) or Converted (c):** 12/30/2020 (f)  
**§ 341(a) Meeting Date:** 02/11/2021  
**Claims Bar Date:** 04/19/2021

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Trustee to review tuition receivable, TD bank stay violation  
Monarch settlement funds received  
Trustee to compete Monarch deal regarding FF&E at main building, student records  
Vehicles and stored items sold.  
Claims Bar 4/19/21 (govt 6/28)

**Initial Projected Date Of Final Report (TFR):** 09/01/2021    **Current Projected Date Of Final Report (TFR):** 12/01/2022

07/29/2022  
Date

/s/Robert A. Mays  
Robert A. Mays

Copy Served On: Shelley K. Abel  
Bankruptcy Administrator

Case 20-10348    Doc 42    Filed 07/29/22    Entered 07/29/22 13:32:05    Desc Main
Document    Page 3 of 5

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-10348 | Trustee Name: | Robert A. Mays (530490) |
|---|---|---|---|
| Case Name: | Montford Hall, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8864 | Account #: | ******5540 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/21 | {13} | The Hanover Insurance Group | reimbursement of ins premium | 1229-000 | 2,734.30 | | 2,734.30 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,729.30 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,724.30 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,719.30 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,714.30 |
| 06/30/21 | | Bill Ramsey and Associates, LLC | WIRE FROM BILL RAMSEY AND ASSOCIA | | 26,820.00 | | 29,534.30 |
| | {7} | | net auction proceeds $15,750.00 | 1129-000 | | | |
| | {10} | | net auction proceeds $11,070.00 | 1110-000 | | | |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 29,529.30 |
| 07/01/21 | 101 | ALLY BANK | Payoff acct #********9562 | 4210-000 | | 14,702.29 | 14,827.01 |
| 07/20/21 | {6} | Chase Auto FInance | surplus proceeds from bank sale of 2016 KIA Sedona | 1129-000 | 2,019.84 | | 16,846.85 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.91 | 16,814.94 |
| 08/11/21 | {3} | Bill Ramsey & Associates, LLC | Auction proceeds office equipment | 1129-000 | 1,574.18 | | 18,389.12 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.42 | 18,358.70 |
| 09/03/21 | {14} | Ally Bank | Loan #4907 credit on 2016 Kia Sorento | 1290-000 | 15.70 | | 18,374.40 |
| 09/14/21 | {14} | Ally Bank | Vehicle loan credit on 2016 Ford Transit loan #9562 | 1290-000 | 1,946.56 | | 20,320.96 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.10 | 20,289.86 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.43 | 20,258.43 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.63 | 20,223.80 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.49 | 20,190.31 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.27 | 20,159.04 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.15 | 20,128.89 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.48 | 20,093.41 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.12 | 20,062.29 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.08 | 20,031.21 |
| 06/13/22 | {2} | Monarch | settlement payment | 1121-000 | 22,000.00 | | 42,031.21 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.30 | 41,975.91 |
| | | | Page Subtotals: | | $57,110.58 | $15,134.67 | |

{ } Asset Reference(s)                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 20-10348 | Trustee Name: | Robert A. Mays (530490) |
|---|---|---|---|
| Case Name: | Montford Hall, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8864 | Account #: | ******5540 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | Account | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 6 | Deposits | 30,290.58 | 1 | Checks | 14,702.29 |
| | 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 432.38 |
| | | Subtotal | 30,290.58 | 0 | Transfers Out | 0.00 |
| | 1 | Adjustments In | 26,820.00 | | Total | 15,134.67 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | 57,110.58 | | | |

Page Subtotals:   $0.00   $0.00

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

Case 20-10348    Doc 42    Filed 07/29/22    Entered 07/29/22 13:32:05    Desc Main
Document    Page 5 of 5

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-10348 | **Trustee Name:** | Robert A. Mays (530490) |
| **Case Name:** | Montford Hall, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8864 | **Account #:** | ******5540 Checking |
| **For Period Ending:** 06/30/2022 | | **Blanket Bond (per case limit):** | $500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $57,110.58 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $57,110.58 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5540 Checking | $57,110.58 | $15,134.67 | $41,975.91 |
| | **$57,110.58** | **$15,134.67** | **$41,975.91** |

07/29/2022            /s/Robert A. Mays
Date            Robert A. Mays